IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. COOK, SR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LT. WILLIAMS,<br><br>　　　　Defendant. | No. C 09-02926 SBA (PR)<br><br>**ORDER OF DISMISSAL** |

On May 3, 2010, the Court issued an order of dismissal with leave to amend and gave Plaintiff thirty days from the date of the Order to file an amended complaint providing factual and legal bases for his claims. Plaintiff was warned that a failure to timely file an amended complaint would result in dismissal for failure to prosecute.

The time for Plaintiff to file his amended complaint has passed, and no amended complaint has been filed.

Accordingly, IT IS HEREBY ORDERED that the complaint in the above-captioned action is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk of the Court shall terminate all pending motions and close the file.

When and if Plaintiff is prepared to pursue his claims, he may file a new civil rights action. The limitations period to file a § 1983 action in California is two years, but it is tolled for up to two years during a continuous period of incarceration. See Silva v. Crain, 169 F.3d 608, 610 (9th Cir. 1999) (holding, pursuant to Cal. Civ. Proc. Code § 340(3), that the limitations period for filing a

1 § 1983 action in California is one year); S.B. 688 (amending Cal. Civ. Proc. Code § 340(3) and
2 adding § 335.1 to establish two-year residual limitations period for personal injury actions); Cal.
3 Civ. Proc. Code § 352.1(a) (providing for an additional two years of tolling during a period of
4 continual imprisonment).

IT IS SO ORDERED.

DATED: 6/21/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\CR.09\Cook2926.Dis-AC.wpd        2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ERIKAVIE JONES,

        Plaintiff,

  v.

RON BARNES et al,

        Defendant.
                                    /

Case Number: CV09-02923 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erikalvie Jones G-32416
California Correctional Center
P. O. Box 2500
Susanville, Ca 96127-2500

Dated: June 22, 2010

                                     Richard W. Wieking, Clerk
                                     By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.09\Cook2926.Dis-AC.wpd        3